TERRENCE HOLMES *v.* COMMISSIONER OF
CORRECTION
(AC 24627)

Lavery, C. J., and Bishop and Hennessy, Js.

Submitted on briefs December 2—officially released December 21, 2004

Per Curiam. The appeal is dismissed.

CHICAGO TITLE INSURANCE COMPANY ET AL. *v.*
ALFRED J. SATURNO
(AC 25028)

Lavery, C. J., and DiPentima and Berdon, Js.

Argued December 6—officially released December 28, 2004

Per Curiam. The judgment is affirmed.

WEBSTER BANK *v.* GAIL M. PAGANO ET AL.
(AC 25123)

Foti, Schaller and McLachlan, Js.

Submitted on briefs December 2—officially released December 28, 2004

Per Curiam. The judgment is affirmed.